1054 

[No. 31844-0-II. Division Two. April 5, 2005.]

GERALDINE A. OAKLEY, *Appellant*, v. NORDSTROM ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 03-2-07706-8, Brian M. Tollefson, J., entered
June 3, 2004. *Affirmed* by unpublished opinion per Hunt, J.,
concurred in by Quinn-Brintnall, C.J., and Van Deren, J.

[No. 22693-0-III. Division Three. April 5, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY LEE
HUTCHINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 03-1-00284-5, Tari S. Eitzen, J., entered
January 6, 2004. *Affirmed* by unpublished opinion per
Sweeney, A.C.J., concurred in by Kurtz and Brown, JJ.

[No. 22711-1-III. Division Three. April 5, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD R.
THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 02-1-01222-2, Linda G. Tompkins, J.,
entered January 12, 2004. *Affirmed* by unpublished opinion
per Schultheis, J, concurred in by Kato, C.J., and Brown, J.

[No. 22777-4-III. Division Three. April 5, 2005.]

JESSICA LYNN FREEMAN, *Appellant*, v. GARY D. WILLIAMS
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 02-2-06705-5, Salvatore F. Cozza, J.,
entered January 23, 2004. *Affirmed* by unpublished opinion
per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.